DOROTHY A. WOLIN, Respondent, v. WILLIAM WOLIN, Appellant.— No opinion. Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

(April 19, 1943.)

GEORGE ADAMS LUMBER CO., INC., Respondent, v. ALBERT MARIN, Appellant.

Present — Hagarty, Carswell, Johnston and Adel, JJ.; Lewis, J., not voting.

MICHAEL J. CARUSELLE, Respondent, v. MONCAR CO., INC., et al., Appellants.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

MICHAEL J. CARUSELLE, Respondent, v. OTIS SAND & GRAVEL CO., INC., Appellant, et al., Defendants.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

COLONIAL OPERATING CORPORATION, Appellant, v. HANNAN SALES & SERVICE, INC., Respondent.— Present — Hagarty, Carswell, Johnston and Adel, JJ.; Lewis, J., not voting.

HERBERT J. DAVID, Respondent, v. GUS GOLDSTEIN et al., Appellants.— Present — Hagarty, Carswell, Johnston and Adel, JJ.; Lewis, J., not voting.

ANNA J. DOYLE, Respondent, v. BERTHA SOMMER et al., Appellants, et al., Defendants.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

AGOSTINO GNECCO, Appellant, v. INCORPORATED VILLAGE OF GREAT NECK PLAZA et al., Respondents.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

HENRY HENDRICKSON, Respondent, v. CARTER & WEEKES STEVEDORING COMPANY, Appellant, and UNITED PORT SERVICE, INC., Defendant, Respondent and Appellant.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of the Accounting of NELLIE FUS, as Administratrix of the Estate of MARY BARC, Deceased. NELLIE FUS, as General Guardian of THERESA HUFFMAN, an Infant, and as Administratrix of the Estate of MARY BARC, Deceased, et al., Appellants; CONSUL GENERAL OF THE REPUBLIC OF POLAND, Acting on Behalf of LEONARD BARC, Respondent.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of 68th (10th and 11th) Street, and 35th (Fillmore) Avenue, in the Borough of Queens. NAOMI KAPLAN et al., Appellants.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.